UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. _____

Michael Fiorito,

        Plaintiff,

v.

United States of America,

        Defendant.

**NOTICE OF REMOVAL OF A CIVIL ACTION TO FEDERAL COURT**

The United States of America, by and through its attorneys Andrew M. Luger, United States Attorney for the District of Minnesota, and Kristen E. Rau, Assistant United States Attorney, hereby give notice to Plaintiff Michael Fiorito and to the state court as follows:

1.      The United States is the federal defendant in a civil action now pending in the Fourth Judicial District, Hennepin County District Court, entitled <u>Michael Fiorito v. United States</u>, and trial has not been had therein.

2.      That the above-entitled action was commenced against the United States via receipt of a copy of the Summons and Complaint by the United States Attorney's Office on or about October 11, 2022. Copies of process and pleadings (Summons and Complaint) received by the United States are attached hereto and incorporated herein as Exhibit 1.

1

3.      This notice of removal is filed pursuant to 28 U.S.C. §§ 1441, 1442(a)(1), and 1446.   Said action seeks a determination that the United States violated the Plaintiff's rights under the Federal Tort Claims Act and other authorities.

WHEREFORE, notice is hereby given that the said action is removed from the state court into this court for trial or such other determination as this court may make regarding the action in accordance with its jurisdictional limits under 28 U.S.C. §§ 1441, 1442 and 1446 and Fed. R. Civ. P. 81(c).

Respectfully submitted,

Dated:   October 18, 2022

ANDREW M. LUGER
United States Attorney

*s/ Kristen E. Rau*

BY:   KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Kristen.Rau@usdoj.gov
(612) 759-3180

*Attorneys for the Federal Defendant*

2

Kristen E. Rau, declares under penalty of perjury as provided by 28 U.S.C. § 1746, that she is an Assistant United States Attorney for the District of Minnesota and represents the United States in official capacity; that she has read the foregoing notice and knows the contents thereof; that the same is true of her own knowledge, except as to any matters stated therein on information and belief and as to those matters she believes them to be true.

*s/ Kristen E. Rau*
KRISTEN E.RAU
Assistant U.S. Attorney

3