UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Fiorito,

        Plaintiff,

v.

United States of America,

        Defendant.

No. 22-CV-2597 (PJS/SGE)

**ORDER OF RECUSAL**

    Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: September 30, 2024

    *s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge