UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

MICHAEL FIORITO,                                         Case No. 22-CV-2597 (PJS/LIB)

Plaintiff,

v.                                                                          ORDER

UNITED STATES OF AMERICA,

Defendant.

---

Plaintiff Michael Fiorito filed this action alleging that prison officials violated Minnesota state law by failing to provide him with adequate medical care. This matter is before the Court on Fiorito's objection to the March 23, 2026, Order and Report and Recommendation ("R&R") of Magistrate Judge Leo I. Brisbois recommending that the government's motion for summary judgment be granted and this case be dismissed with prejudice. Fiorito has also filed a renewed motion for reasonable accommodations and for appointment of counsel as well as a motion for leave to file a reply to the government's response to his objection.

The Court has conducted a de novo review. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Fiorito's objection, adopts the R&R, and grants the government's motion for summary judgment.

The Court also denies Fiorito's motions for reasonable accommodation, appointment of counsel, and for leave to file a reply. With respect to his motion for

accommodation and appointment of counsel:  The Rehabilitation Act does not apply to federal courts.  *See Eckert v. Meadows*, No. 26-CV-182-LJV, 2026 WL 2184805, at *2 (W.D.N.Y. July 29, 2026).  Setting that aside, Fiorito has repeatedly shown himself to be a sophisticated and able litigant, including in his objection to the R&R.  He does not need additional time to procure expert evidence in support of his medical-malpractice claim—particularly as he could have done so at any time during the lengthy pendency of this case—nor does he require the appointment of counsel.  With respect to his motion for leave to file a reply:  Fiorito seeks to litigate the standard of review applicable to those aspects of his objection that concern Judge Brisbois's rulings on various non-dispositive motions.  This is unncecessary, as Fiorito's objection fails even under a de novo standard.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  The Court ADOPTS the R&R [ECF No. 127].

2.  Plaintiff's objection [ECF No. 128] is OVERRULED.

3.  Defendant's motion for summary judgment [ECF No. 96] is GRANTED.

4.  Plaintiffs' motions [ECF No. 129, 133] are DENIED.

5.  This matter is DISMISSED WITH PREJUDICE AND ON THE MERITS.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 31, 2026                    /s/ Patrick J. Schiltz
                                        Patrick J. Schiltz
                                        United States District Judge